UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODIE MS WALKER,<br><br>                 Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                 Respondents. | Case No. 3:18-cv-00154-MMD-VPC<br><br>ORDER |

Before the Court is Petitioner Codie MS Walker's application to proceed *in forma pauperis* (ECF No. 4) on his petition for a writ of habeas corpus (ECF No. 1-1). Based on the current information about Petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 4) is denied. Petitioner will have thirty (30) days from the date of this Order to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to retain the petition but not file it at this time.

DATED THIS 7th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1